```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TODD KREISLER,

                     Plaintiff,

         -against-

434 BROADWAY PROPERTY INVESTORS
III, LLC AND HANESBRAND INC.,

                    Defendants.
-------------------------------------------------------------- X

19-CV-8583 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for June 26, 2020;

WHEREAS the case is currently stayed pending the parties' submission of a revised discovery schedule;

IT IS HEREBY ORDERED THAT the June 26 conference is adjourned pending further order.

**SO ORDERED.**

Date:  June 23, 2020
         New York, New York

                                     **VALERIE CAPRONI**
                                     **United States District Judge**