```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TODD KREISLER,                                       :
                                                     :
                          Plaintiff,                 :
                                                     :           19-CV-8583 (VEC)
           -against-                                 :
                                                     :              ORDER
                                                     :
434 BROADWAY PROPERTY INVESTORS                      :
III, LLC AND HANESBRAND INC.,                        :
                                                     :
                          Defendants.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 28, 2020, the parties appeared for a status conference;

   WHEREAS Plaintiff sought leave to amend the complaint to add a new defendant; and

   WHEREAS the Court, for the reasons stated at the conference, sees no need to add a new defendant at this time;

   IT IS HEREBY ORDERED THAT leave to amend is DENIED. The parties are directed to proceed in accordance with the existing discovery schedule and to appear for a status conference on **November 20, 2020, at 10:00 A.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 8583. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  August 28, 2020                              VALERIE CAPRONI
       New York, New York                           United States District Judge