UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
              :

TODD KREISLER,                :

          :

         Plaintiff,        :

          :         19-CV-8583 (JPC)

      -v-              :

          :          ORDER

434 BROADWAY PROPERTY INVESTORS III *et al.*,  :

          :

        Defendants.     :

          :

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

In light of the parties' joint request, *see* Dkt. 75, Defendant Bell Sound USA LLC shall answer or respond to the Amended Complaint by May 20, 2021.  The parties do not need to submit the joint letter that the Court ordered on April 16, 2021.

The Clerk of Court is respectfully directed to vacate the Clerk's Certificate of Default found at Docket Number 70.

SO ORDERED.

Dated: April 20, 2021
      New York, New York                _____
                                            JOHN P. CRONAN
                                 United States District Judge