UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
TODD KREISLER,                                                     :
:
Plaintiff,                                :
:                              19-CV-8583 (JPC)
-v-                              :
:                              ORDER
434 BROADWAY PROPERTY INVESTORS III *et al.*,                     :
:
Defendants.                              :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Within one week of the filing of this Order, the parties should submit a joint letter updating the Court on the status of this case.  If the parties would like another referral to Judge Freeman for settlement purposes or a referral to the Court-annexed Mediation Program, the letter should indicate so.

     SO ORDERED.

Dated: August 19, 2021
     New York, New York

                                  JOHN P. CRONAN
                         United States District Judge