# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

December 28, 2021

<u>VIA ECF</u>
The Honorable John Peter Cronan
United States District Judge
United States District Court

Re:   *Todd Kreisler v. Bell Sound USA LLC, 434 Broadway Property Investors III, LLC, and Hanesbrands Inc.*

**<u>Docket: 1:19-cv-08583 (JPC)(DCF)</u>**

Dear Judge Cronan:

    We represent the plaintiff in the above-referenced matter.  On behalf of all the parties, we write to respectfully ask the Court to extend the deadline to make an application to restore the action by thirty (30) days. (See ECF Document #88).  The reason for this request is because the parties are currently working toward finalizing the settlement agreement and, because of the holidays, the parties require additional time.  Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Glen H. Parker, Esq.

---

The Court grants the parties' request to extend the deadline to make an application to restore the action until January 27, 2022, in the event the settlement agreement is not completed and executed.  Any such application filed after January 27, 2022, may be denied solely on its untimely basis.

SO ORDERED.

Date: December 29, 2021
    New York, New York

_____
JOHN P. CRONAN
United States District Judge