# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

January 26, 2022

VIA ECF
The Honorable John Peter Cronan
United States District Judge
United States District Court

    Re: *Todd Kreisler v. Bell Sound USA LLC, 434 Broadway Property Investors III, LLC, and Hanesbrands Inc.*

**Docket: 1:19-cv-08583 (JPC)(DCF)**

Dear Judge Cronan:

    We represent the plaintiff in the above-referenced matter. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline to make an application to restore the action by thirty (30) days from January 27, 2022 to February 28, 2022. This is the second application to extend and all parties consent. The reason for this request is because the parties are very close to finalizing the settlement agreement and require the additional time to do so. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Glen H. Parker, Esq.

The Court grants the parties' request to extend the deadline to make an application to restore the action until February 28, 2022, in the event the settlement agreement is not completed and executed.

SO ORDERED.
Date: January 26, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge